# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIONICIO CRUZ-CORONEL,<br><br>Defendant. | Case No.: 2:17-mj-855-GWF<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DIONICIO CRUZ-CORONEL (ID#) 07764592 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DIONICIO CRUZ-CORONEL** before the United States District Court at Las Vegas, Nevada, on or about August 18, 2017, at the hour of 3:00 p.m. for initial appearance/arraignment and plea and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August  18th , 2017

_____
UNITED STATES MAGISTRATE JUDGE